Case 2:19-cv-00006   Document 203   Filed on 08/18/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-00006 |
| § | |
| PORT ROYAL BY THE SEA CONDOMINIUM OWNERS ASSOCIATION, INC., § § § § | |
| Defendant. § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court are two motions to exclude the testimony of experts. D.E. 144 (challenging expert Brett Lochridge), D.E. 150 (challenging expert Rocco Calaci). On July 30, 2021, United States Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (M&R, D.E. 184), recommending that both motions be denied. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 184), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge.  Accordingly, the motions to exclude (D.E. 144, 150) are **DENIED**.

ORDERED this 18th day of August, 2021.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE